UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAIT USA, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>        Defendants. | Civil Action No. 22-1358 (FYP) |

**NOTICE OF FILING OF CERTIFIED
LIST OF CONTENTS OF ADMINISTRATIVE RECORD**

Defendants Small Business Administration ("SBA") and its Administrator, Isabella Casillas Guzman (collectively, "Defendants"), by and through their undersigned counsel, hereby give notice of the filing of a certified list of the contents of the administrative record to LCvR 7(h). The full administrative record was transmitted on September 21, 2022.

Dated: September 21, 2022
       Washington, DC

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES, D.C. Bar #481052
                                      United States Attorney

                                      BRIAN P. HUDAK
                                      Chief, Civil Division

                                      By:       /s/ *Dedra S. Curteman*
                                                  DEDRA S. CURTEMAN
                                                  IL Bar #6279766
                                                  Assistant United States Attorney
                                                  601 D Street, NW
                                                  Washington, DC 20530
                                                  (202) 252-2550

                                                  *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAIT USA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SMALL BUSINESS ADMINISTRATION, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 22-1358 (FYP) |

## CERTIFICATION OF ADMINISTRATIVE RECORD INDEX

I, Matthew T. Stevens, Director, Shuttered Venue Operators Grant ("SVOG") Program, Small Business Administration ("SBA"), hereby certify that the attached Administrative Record Index is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with the SBA's July 22, 2021 denial of Plaintiff, Tait USA LLC's application for SVOG funds at issue in the above-captioned matter.

Date:  08/22/2022  _____
Matthew T. Stevens
Director, SVOG Program, SBA

TAIT USA, LLC

v.

SMALL BUSINESS ADMINISTRATION, et al.

Civ. A. No. 22-cv-1358 (FYP)

**CERTIFIED ADMINISTRATIVE RECORD INDEX**

| # | Document Description | AR Bates Range |
|---|---|---|
| 1 | Form 4506 – T, Request for Transcript of Tax Return | 001-002 |
| 2 | Form 8879-PE, IRS e-file Signature Authorization for Form 1065 | 003-036 |
| 3 | Certification Regarding Debarment, Suspension, and Other Responsibility Matters Primary Covered Transactions | 037-038 |
| 4 | Certification Regarding Drug-Free Workplace Requirements | 039 |
| 5 | Assurances – Non-Construction Programs | 040-041 |
| 6 | U.S. Small Business Administration Certification Regarding Lobbying | 042 |
| 7 | Business License for TAIT USA LLC | 043 |
| 8 | Certificate of Formation and Certificate of Name Change | 044-049 |
| 9 | Statement of Need | 050-051 |
| 10 | Photo Identification | 052 |
| 11 | TAIT LLC and Subsidiaries – Consolidated Financial Report | 053-082 |
| 12 | Response to question 4.1.1 | 083-086 |

1

| 13 | Response to question 4.1.2 | 087 |
|----|----------------------------|-----|
| 14 | Response to question 4.1.3 | 088 |
| 15 | Response to question 4.1.4 | 089-147 |
| 16 | Response to question 4.1.5 | 148-152 |
| 17 | Response to question 4.1.6 | 153 |
| 18 | Response to question 4.1.8 | 154 |
| 19 | Response to question 4.1.9 | 155-157 |
| 20 | Response to question 4.1.10 | 158 |
| 21 | Resolve Issues with your SVOG Application by 7/23/2021 at 8 PM PT | 159-161 |
| 22 | Technical Correction – TAIT USA LLC – Question 1 | 162-209 |
| 23 | Technical Correction – TAIT USA LLC – Question 2 | 210-252 |
| 24 | Technical Correction – TAIT USA LLC – Question 3 | 253-278 |
| 25 | Technical Correction – TAIT USA LLC – Question 4 | 279-324 |

| 26 | Technical Correction – TAIT USA LLC – Question 5 | 325-340 |
| --- | --- | --- |
| 27 | Technical Correction – TAIT USA LLC – Question 6 | 341-358 |
| 28 | Technical Correction – TAIT USA LLC – Question 7 | 359-381 |
| 29 | Invitation to Appeal by 9/6/2021 at 8 PM PT | 382-384 |
| 30 | Screenshot of Follow Up on SVOG Application for TAIT USA LLC from the U.S. Small Business Administration | 385 |
| 31 | SVOG Reasons for Decline/Eligibility | 386-388 |
| 32 | HLCS – Received PAW/PAR inquiry request on behalf of Funding Request Applicant. Public Facing Response. | 389-390 |
| 33 | Follow Up Regarding Your SVOG Application | 391 |
| 34 | HLCS – High Level Customer Service Team - In response to PAW/PAR inquiry transferred to me today, Provided Status- resolves inquiry. | 392 |
| 35 | HLCS – High Level Customer Service Team Member: Received 2ND PAW/PAR inquiry request on behalf of Funding Request Applicant. Status update will resolve inquiry with correct underlying person inquiring is associated with a record. | 393 |
| 36 | Received PAW/PAR inquiry request on behalf of Funding Request Applicant. However, person signing PAR inquiry does not appear to be associated with the SVOG record. | 394 |
| 37 | Affiliates as declared in the Application | 395 |

| 38 | Application Summary Document | 396-417 |
|---|---|---|
| 39 | Earned Revenue 2020 | 418-423 |
| 40 | Earned Revenue 2021 | 424-429 |
| 41 | Earned Revenue 2019 | 430-435 |
| 42 | Gross Revenue 2019 | 436-441 |
| 43 | Gross Revenue 2020 | 442-447 |
| 44 | Gross Revenue 2021 | 448-453 |
| 45 | IRS Transcript | 454-456 |
| 46 | Original Budget Reported by Applicant | 457-458 |
| 47 | Shuttered Venue Operators Grants Frequently Asked Questions, October 20, 2021 | 459-502 |
| 48 | TAIT USA LLC – 2019 Income statement | 503 |
| 49 | TAIT USA LLC – CAFS Report | 504 |
| 50 | Appeal | 505-508 |

| 51 | TAIT – Capabilities | 509-528 |
|----|---------------------|---------|
| 52 | TAIT USA LLC ELIGIBLITY MATRIX OVERVIEW - SVOG | 529-534 |
| 53 | TAIT USA LLC Appeal – General Eligibility Matrix | 535-537 |
| 54 | TAIT USA LLC Appeal – General Eligibility Matrix | 538-541 |
| 55 | TAIT USA LLC Appeal – Live Performing Arts Organization Operator Eligibility Matrix | 542-558 |
| 56 | TAIT USA LLC Appeal – Live Performing Arts Organization Operator Eligibility Matrix | 559-568 |
| 57 | TAIT USA LLC Appeal – Live Performing Arts Organization Operator Eligibility Matrix | 569-596 |
| 58 | TAIT USA LLC Appeal – Live Performing Arts Organization Operator Eligibility Matrix | 597-611 |
| 59 | TAIT USA LLC Appeal – Live Performing Arts Organization Operator Eligibility Matrix | 612-626 |
| 60 | TAIT USA LLC Appeal – Live Performing Arts Organization Operator Eligibility Matrix | 627-642 |
| 61 | TAIT USA LLC Appeal – Live Performing Arts Organization Operator Eligibility Matrix | 643-665 |
| 62 | TAIT USA LLC Appeal – Live Performing Arts Organization Operator Eligibility Matrix | 666-682 |
| 63 | TAIT USA LLC Appeal – Live Performing Arts Organization Operator Eligibility Matrix | 683-699 |
| 64 | TAIT USA LLC Appeal – Live Performing Arts Organization Operator Eligibility Matrix | 700-715 |

| | | |
|---|---|---|
| 65 | TAIT USA LLC  Appeal Statement | 716 |
| 66 | 07/22/2022 Email re: Final Decision re: your Shuttered Venue Operator Grant Application | 717 |
| 67 | 07/22/2022 Decision on Appeal | 718-722 |