IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAIT USA, LLC,<br><br>   TUSA,<br><br> v.<br><br>SMALL BUSINESS ADMINISTRATION,<br>ISABELLA CASILLAS GUZMAN,<br><br>   Defendants. | Civil Action No. 22-1358 (FYP) |

## STIPULATION OF VOLUNTARY OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the above captioned-case without prejudice and with each party to bear its fees and costs.

Dated: November 7, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/* Caroline L. Wolverton
　　　　　　　　　　　　　　　　　　　　Angela B. Styles
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 448397
　　　　　　　　　　　　　　　　　　　　Caroline L. Wolverton
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 496433
　　　　　　　　　　　　　　　　　　　　Joseph T. DiPiero
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1618536
　　　　　　　　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP
　　　　　　　　　　　　　　　　　　　　2001 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　(202) 887-4000

　　　　　　　　　　　　　　　　　　　　*Counsel for TAIT USA, LLC*

　　　　　　　　　　　　　　　　　　　　Matthew M. Graves
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　D.C. Bar #481052

　　　　　　　　　　　　　　　　　　　　Brian P. Hudak
　　　　　　　　　　　　　　　　　　　　Chief, Civil Division

                    */s/* Dedra S. Curteman
                    Dedra S. Curteman
                    IL Bar #6279766
                    Assistant United States Attorney
                    601 D Street NW
                    Washington, DC 20530
                    (202) 252-2550
                    Dedra.Curteman@usdoj.gov

                    *Attorneys for the United States of America*